JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>      Plaintiffs,<br><br>   v.<br><br>ROGAN CONCRETE CORING AND SAWING INC., a California corporation,<br><br>      Defendant. | CASE NO.: SACV13-00505-BRO (JPRx)<br><br>ASSIGNED TO THE HONORABLE BEVERLY REID O'CONNELL<br><br>**JUDGMENT** |

    Plaintiffs' motion for default judgment was filed on November 13, 2015, and was taken under submission in the above-referenced Court, the Honorable Beverly Reid O'Connell, United States District Judge, presiding.  After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

/ / /

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Rogan Concrete Coring and Sawing Inc., a California corporation, the principal amount of $160,257.25, plus attorneys' fees of $6,785.15, costs of $1,042.22, and post-judgment interest as determined by 28 U.S.C. § 1961 from the date of entry of the judgment herein.

**IT IS HEREBY ORDERED**

Dated: December 16, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE